IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KAREEM DAWUD FARRAKHAN, | ) | |
| Plaintiff, | ) | 8:05CV0444 |
| v. | ) | ORDER |
| CITY OF OMAHA, | ) | |
| Defendant. | ) | |

    This matter is before the court on filing no. 11, the motion to amend, filed by the plaintiff. In filing no. 11, the plaintiff requests leave to amend his complaint to clarify issues in his original complaint. After review of the record I will grant the plaintiff's request. The amended complaint is attached to filing no. 11. The complaint in this case will be filing no. 1 as amended by filing no. 11. Filing no. 11 is granted.

    SO ORDERED.

    DATED this 17th day of March, 2006.

                                              BY THE COURT:

                                              S/F.A. GOSSETT
                                              United States Magistrate Judge