IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KAREEM DAWUD FARRAKHAN, ) | |
| ) | 8:05cv444 |
| Plaintiff, ) | |
| ) | |
| vs. ) | MEMORANDUM AND ORDER |
| ) | |
| CITY OF OMAHA, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on Filing No. 18, the Defendant City of Omaha's Motion for Leave to File Answer Out of Time. The Plaintiff Kareem Dawud Farrakhan has opposed the motion and has moved for default judgment. (Filing No. 22). Based upon the reasons stated in the Defendant City of Omaha's Motion, its Answer (Filing No. 19) is accepted for filing.

IT IS ORDERED:

1. Filing No. 18, the Motion for Leave to File Answer Out of Time filed by the defendant, the City of Omaha, is granted;

2. The Clerk of Court shall accept Filing No. 19, the City's Answer, in accordance with this Memorandum and Order; and

3. Filing No. 22, the Plaintiff's Motion for Default Judgment is denied as moot.

DATED this 11th day of July, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge